| Fill in this information to identify the case: |
|---|
| Debtor 1   Wayne Dennis Hayes |
| Debtor 2   _____ |
| (Spouse, if filing) |
| United States Bankruptcy Court for the EASTERN District of WISCONSIN |
| Case number 19-28492-bhl |

# Official Form 410S1
## Notice of Mortgage Payment Change                                            12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST

**Court claim no**. (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account: 2508

**Date of payment change:** 6/1/2020
Must be at least 21 days after date of this notice

**New total payment:** $936.64
Principal, interest, and escrow, if any

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   □ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $320.65          New escrow payment: $413.57

### Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   □ No
   ■ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:         1.000%         New interest rate:         8.300%

   Current principal and interest payment:  $307.41   New principal and interest payment: $523.07

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   □ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment           New mortgage payment:

Official Form 410S1                     Notice of Mortgage Payment Change                         page 1

Case 19-28492-kmp    Doc 22    Filed 04/23/20    Page 1 of 14

Debtor 1 <u>Wayne Dennis Hayes</u>　　　　　　　　　　　　　　Case number *(if known)* <u>19-28492-bhl</u>
　　　　　Print Name　　　Middle Name　　　Last Name

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ <u>　Erin Elam　　　　</u>　　　Date <u>　04/23/2020　　　</u>
　　Signature

Print　　　　<u>　　　Erin Elam　　　　　　　　　</u>　　　　　　Title　Authorized Agent for Creditor
　　　　　　　First Name　　　Middle Name　　Last Name

Company　　Robertson, Anschutz, Schneid & Crane LLC

Address　　10700 Abbott's Bridge Road, Suite 170
　　　　　　Number　Street

　　　　　　Duluth　GA 30097
　　　　　　City　　　　　　　　　　　　　　　　State　　ZIP Code

Contact Phone　470-321-7112　　　　　　　　　　　　　　　　　Email　eelam@rascrane.com

Official Form 410S1　　　　　　　　Notice of Mortgage Payment Change　　　　　　　　page 2

Case 19-28492-kmp　　Doc 22　　Filed 04/23/20　　Page 2 of 14

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____April 23, 2020_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Lorin Michael Schuchardt
1135 S. 70th St., Suite 501
Milwaukee, WI 53214

Scott Lieske
Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203

Office of the U. S. Trustee
517 East Wisconsin Ave.
Room 430
Milwaukee, WI 53202

Wayne Dennis Hayes
1237 South 32nd Street
Milwaukee, WI 53215

                                                                Robertson, Anschutz, Schneid & Crane LLC
                                                                Authorized Agent for Secured Creditor
                                                                10700 Abbott's Bridge Road, Suite 170
                                                                Duluth, GA 30097
                                                                Telephone: 470-321-7112
                                                                Facsimile: 404-393-1425

By: /s/ Kristin Williams
             Kristin Williams
             Krwilliams@rascrane.com



Caliber Home Loans, Inc.
P.O. Box 619063
Dallas, TX 75261-9063

### ESCROW ACCOUNT DISCLOSURE STATEMENT

| | |
|---|---:|
| Statement Date: | 03/06/2020 |
| Loan Number: | |
| Current Payment Amount: | $628.06 |
| New Payment Amount: | $936.64 |
| New Payment Effective Date: | 06/01/2020 |

Property Address: 1237 SOUTH 32ND STREET
MILWAUKEE WI 53215

WAYNE D HAYES
C/O LORIN MICHAEL SCHUCHARDT
1126 S 70TH ST STE N405
MILWAUKEE WI 53214-3155

Hello!

At Caliber Home Loans, we examine your escrow account at least annually to make sure there is enough money in your account to cover your tax and/or insurance payments. This review accounts for any increases or decreases in your taxes or insurance that can result in changes to your payment amount. The following outlines your actual escrow account activity since your previous disclosure or initial disclosure and the anticipated activity for the next 12 months.

Based on our review, you have a shortage of $653.70. A shortage occurs when the anticipated escrow account balance falls short of the required balance.

To view differences between your current payment and new payment, please refer to Section 1 below. To view changes in your escrow account, please refer to Section 3 of this statement. Your projected shortage was calculated based on the information in Section 2 below. Section 2 includes changes that are anticipated over the next 12 months, while Section 3 displays your history as of the last escrow analysis.

### Section 1 - Payment Breakdown

This section provides a breakdown of both your current and new payment which will become effective 06/01/2020.

| Payment Breakdown | Current Payment | New Payment Effective 06/01/20 |
|---|---:|---:|
| Principal & Interest | $ 307.41 | $ 523.07 |
| Base Escrow Payment | $ 320.65 | $ 359.10 |
| Shortage Payment | $ 0.00 | $ 54.47 |
| Surplus Adjustment | $ 0.00 | $ 0.00 |
| **TOTAL** | **$ 628.06** | **$ 936.64** |

*If you utilize a bill paying service, please notify them of the payment changes scheduled to occur.*

### Section 2 - Shortage Calculation & Anticipated Escrow Activity

This section displays information regarding your shortage and anticipated escrow activity for the next 12 months.

Your shortage was calculated by taking the difference between your anticipated escrow balance and your required balance at the projected lowest point of your anticipated balance over the next 12 months. These balances are identified in the chart below in red next to the following symbol (>).

Your shortage has already been spread over 12 months, however you have the option of paying your shortage in full using the coupon attached below or by calling 1-800-401-6587 to have it spread over additional months.

**ANTICIPATED ESCROW BALANCE $64.50 – MINIMUM REQUIRED BALANCE $718.20 = SHORTAGE AMOUNT $653.70**
**SHORTAGE AMOUNT/12 = $54.47 per month**

To ensure your account maintains enough money for future tax and insurance payments, a cushion is maintained on your loan when applicable, to help avoid a negative balance in your escrow account. This cushion may include up to two months' worth of your base escrow payment to cover increases in your tax or insurance payments. Your escrow balance should not fall below $718.20, which is your cushion amount and required balance. (Mortgage insurance is not included in your cushion calculation.)

| Anticipated Month of Activity | Anticipated Payments To Escrow | Disbursements From Escrow | Description | | Anticipated Balance | Required Balance | |
|---|---|---|---|---|---|---|---|
| | | | | Starting Balance | $1,141.87 | $1,795.57 | |
| 06/2020 | $359.10 | $.00 | | | $1,500.97 | $2,154.67 | |
| 07/2020 | $359.10 | $.00 | | | $1,860.07 | $2,513.77 | |
| 08/2020 | $359.10 | $.00 | | | $2,219.17 | $2,872.87 | |
| 09/2020 | $359.10 | $.00 | | | $2,578.27 | $3,231.97 | |
| 10/2020 | $359.10 | $.00 | | | $2,937.37 | $3,591.07 | |
| 11/2020 | $359.10 | $.00 | | | $3,296.47 | $3,950.17 | |
| 12/2020 | $359.10 | -$3,266.27 | CITY/TOWN | | $389.30 | $1,043.00 | |
| 01/2021 | $359.10 | $.00 | | | $748.40 | $1,402.10 | |
| 02/2021 | $359.10 | -$1,043.00 | HOMEOWNER INS | | $64.50 | $718.20 | > |
| 03/2021 | $359.10 | $.00 | | | $423.60 | $1,077.30 | |

**(Continued on the Back)**
▼ DETACH HERE ▼

**Return this coupon and the amount shown below to pay your shortage in full.**



### Shortage Payment Coupon

WAYNE D HAYES

Please write your loan number on your check and mail to:

CALIBER HOME LOANS
P.O. BOX 650856
DALLAS, TX 75265-0856

| LOAN NUMBER | SHORTAGE AMOUNT |
|---|---|
| | $653.70 |

Your escrow disclosure indicates a shortage of $653.70. For your convenience, we have spread this amount over 12 months and included it in your new monthly payment, effective June 1, 2020. However, you may choose to pay it in full and reduce your new monthly payment to $882.17. If you choose to pay this shortage in full now, please detach this coupon, and mail it along with your check in the enclosed shortage envelope. After your one time full escrow shortage payment is received your new payment will be adjusted accordingly.

## Section 2 - Shortage Calculation & Anticipated Escrow Activity  (continued)

| Anticipated Month of Activity | Anticipated Payments To Escrow | Disbursements From Escrow | Description | | Anticipated Balance | Required Balance |
|---|---|---|---|---|---|---|
| 04/2021 | $359.10 | $.00 | | | $782.70 | $1,436.40 |
| 05/2021 | $359.10 | $.00 | | | $1,141.80 | $1,795.50 |

**For assistance with your payment, please contact Caliber Customer Service at 1-800-401-6587.**

## Section 3 - Escrow Account History

This section itemizes your actual escrow account history since your last escrow analysis or initial disclosure. By comparing previous projections with actual payments and disbursements, you can determine where a difference may have occurred. An asterisk (*) indicates a difference in either the amount or date.

When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred, but is estimated to occur as shown.

| Month of Activity | Anticipated Escrow Payments | Actual Escrow Payments | Anticipated Disbursements From Escrow | Description | Actual Disbursements From Escrow | Description | | Anticipated Balance | Actual Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | | $2,565.29 | -$7,296.47 |
| 09/2019 | $320.65 | $.00 | $.00 | | $.00 | | | $2,885.94 | -$7,296.47 |
| 10/2019 | $320.65 | $683.84 | $.00 | | $.00 | | | $3,206.59 | -$6,612.63 |
| 11/2019 | $320.65 | $341.92 | $.00 | | $.00 | | | $3,527.24 | -$6,270.71 |
| 12/2019 | $320.65 | $.00 | -$2,872.89 | CITY/TOWN | -$3,266.27 | CITY/TOWN | * | $975.00 | -$9,536.98 |
| 01/2020 | $320.65 | $683.84 | $.00 | | $.00 | | | $1,295.65 | -$8,853.14 |
| 02/2020 | $320.65 | $.00 | -$975.00 | HOMEOWNER INS | -$1,043.00 | HOMEOWNER INS | * | $641.30 | -$9,896.14 |
| 03/2020 | $320.65 | $341.92 | $.00 | | $.00 | | | $961.95 | -$9,554.22 |
| 04/2020 | $320.65 | $.00 | $.00 | | $.00 | | | $1,282.60 | -$9,554.22 |
| 05/2020 | $320.65 | $.00 | $.00 | | $.00 | | | $1,603.25 | -$9,554.22 |

## Section 4 - Questions

For questions regarding your statement, please contact Caliber Customer Service at 1-800-401-6587. Our business hours are Monday through Friday, 8:00 AM to 7:00 PM CST. Please also visit our website at www.caliberhomeloans.com.

**Notice to Consumers presently in Bankruptcy or who have received a Bankruptcy Discharge:  If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.**



HISTORY OF ACCOUNT
ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

WAYNE D HAYES

1237 SOUTH 32ND STREET
MILWAUKEE, WI 53215

04/13/2020

Escrow History only reflects Caliber Home Loans Inc. information. Refer to prior servicer for details of prior transactions.

THIS IS A STATEMENT OF ACTIVITY IN YOUR ESCROW ACCOUNT
FROM 02/11/2014 TO 04/30/2020

| Date | Charge/ Payment | Comments | Insurance Balance | Tax Balance | Unspecified Balance | Escrow Account Balance |
|---|---|---|---|---|---|---|
| 02/11/2014 | ($3,009.50) | Negative Adjustment | $0.00 | $0.00 | ($3,009.50) | ($3,009.50) |
| 02/22/2014 | $135.08 | Escrow Payment | $0.00 | $0.00 | ($2,874.42) | ($2,874.42) |
| 03/26/2014 | $135.08 | Escrow Payment | $0.00 | $0.00 | ($2,739.34) | ($2,739.34) |
| 04/23/2014 | ($900.00) | Disbursement Homeowners Ins / Condo Master | ($900.00) | $0.00 | ($2,739.34) | ($3,639.34) |
| 10/21/2014 | $135.08 | Escrow Payment | ($900.00) | $0.00 | ($2,604.26) | ($3,504.26) |
| 12/16/2014 | ($1,929.34) | Disbursement City/Town/Township | ($900.00) | ($1,929.34) | ($2,604.26) | ($5,433.60) |
| 12/17/2014 | $135.08 | Escrow Payment | ($900.00) | ($1,929.34) | ($2,469.18) | ($5,298.52) |
| 12/31/2014 | $0.17 | Interest on Escrow | ($900.00) | ($1,929.34) | ($2,469.01) | ($5,298.35) |
| 02/04/2015 | ($912.00) | Disbursement Homeowners Ins / Condo Master | ($1,812.00) | ($1,929.34) | ($2,469.01) | ($6,210.35) |
| 04/01/2015 | $135.08 | Escrow Payment | ($1,812.00) | ($1,929.34) | ($2,333.93) | ($6,075.27) |
| 04/02/2015 | $135.08 | Escrow Payment | ($1,812.00) | ($1,929.34) | ($2,198.85) | ($5,940.19) |
| 04/02/2015 | $135.08 | Escrow Payment | ($1,812.00) | ($1,929.34) | ($2,063.77) | ($5,805.11) |
| 04/02/2015 | ($135.08) | Escrow Payment Reversal | ($1,812.00) | ($1,929.34) | ($2,198.85) | ($5,940.19) |
| 05/11/2015 | $135.08 | Escrow Payment | ($1,812.00) | ($1,929.34) | ($2,063.77) | ($5,805.11) |
| 07/02/2015 | $5,940.19 | Credit Adjustment | $0.00 | $0.00 | $135.08 | $135.08 |
| 07/02/2015 | ($135.08) | Escrow Payment Reversal | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/09/2015 | $236.77 | Escrow Payment | $0.00 | $0.00 | $236.77 | $236.77 |
| 07/09/2015 | $236.77 | Escrow Payment | $0.00 | $0.00 | $473.54 | $473.54 |
| 07/21/2015 | $236.77 | Escrow Payment | $0.00 | $0.00 | $710.31 | $710.31 |
| 07/21/2015 | $236.77 | Escrow Payment | $0.00 | $0.00 | $947.08 | $947.08 |
| 08/20/2015 | $236.77 | Escrow Payment | $0.00 | $0.00 | $1,183.85 | $1,183.85 |
| 09/15/2015 | $236.77 | Escrow Payment | $0.00 | $0.00 | $1,420.62 | $1,420.62 |
| 10/07/2015 | $236.77 | Escrow Payment | $0.00 | $0.00 | $1,657.39 | $1,657.39 |
| 12/10/2015 | $236.77 | Escrow Payment | $0.00 | $0.00 | $1,894.16 | $1,894.16 |
| 12/15/2015 | ($1,950.01) | Disbursement City/Town/Township | $0.00 | ($55.85) | $0.00 | ($55.85) |
| 12/31/2015 | $0.59 | Interest on Escrow | $0.00 | ($55.26) | $0.00 | ($55.26) |
| 01/20/2016 | $236.77 | Escrow Payment | $0.00 | $0.00 | $181.51 | $181.51 |
| 02/03/2016 | ($919.00) | Disbursement Homeowners Ins / Condo Master | ($737.49) | $0.00 | $0.00 | ($737.49) |
| 02/18/2016 | $236.77 | Escrow Payment | ($500.72) | $0.00 | $0.00 | ($500.72) |
| 03/16/2016 | $236.77 | Escrow Payment | ($263.95) | $0.00 | $0.00 | ($263.95) |
| 08/18/2016 | $236.77 | Escrow Payment | ($27.18) | $0.00 | $0.00 | ($27.18) |
| 08/18/2016 | $236.77 | Escrow Payment | $0.00 | $0.00 | $209.59 | $209.59 |
| 08/18/2016 | $236.77 | Escrow Payment | $0.00 | $0.00 | $446.36 | $446.36 |
| 08/18/2016 | $236.77 | Escrow Payment | $0.00 | $0.00 | $683.13 | $683.13 |
| 08/18/2016 | $236.77 | Escrow Payment | $0.00 | $0.00 | $919.90 | $919.90 |
| 12/12/2016 | ($2,488.27) | Disbursement City/Town/Township | $0.00 | ($1,568.37) | $0.00 | ($1,568.37) |
| 12/31/2016 | $0.59 | Interest on Escrow | $0.00 | ($1,567.78) | $0.00 | ($1,567.78) |
| 02/06/2017 | ($919.00) | Disbursement Homeowners Ins / Condo Master | ($919.00) | ($1,567.78) | $0.00 | ($2,486.78) |
| 07/20/2017 | $236.77 | Escrow Payment | ($919.00) | ($1,331.01) | $0.00 | ($2,250.01) |
| 07/20/2017 | $341.92 | Escrow Payment | ($919.00) | ($989.09) | $0.00 | ($1,908.09) |
| 07/20/2017 | $341.92 | Escrow Payment | ($919.00) | ($647.17) | $0.00 | ($1,566.17) |
| 07/20/2017 | $341.92 | Escrow Payment | ($919.00) | ($305.25) | $0.00 | ($1,224.25) |
| 09/21/2017 | $341.92 | Escrow Payment | ($882.33) | $0.00 | $0.00 | ($882.33) |
| 09/21/2017 | $341.92 | Escrow Payment | ($540.41) | $0.00 | $0.00 | ($540.41) |
| 12/18/2017 | ($2,666.01) | Disbursement City/Town/Township | ($540.41) | ($2,666.01) | $0.00 | ($3,206.42) |
| 02/05/2018 | ($926.00) | Disbursement Homeowners Ins / Condo Master | ($1,466.41) | ($2,666.01) | $0.00 | ($4,132.42) |
| 07/30/2018 | $341.92 | Escrow Payment | ($1,124.49) | ($2,666.01) | $0.00 | ($3,790.50) |
| 08/31/2018 | $341.92 | Escrow Payment | ($926.00) | ($2,522.58) | $0.00 | ($3,448.58) |
| 12/17/2018 | ($2,872.89) | Disbursement City/Town/Township | ($926.00) | ($5,395.47) | $0.00 | ($6,321.47) |
| 02/04/2019 | ($975.00) | Disbursement Homeowners Ins / Condo Master | ($1,901.00) | ($5,395.47) | $0.00 | ($7,296.47) |
| 10/15/2019 | $341.92 | Escrow Payment | ($1,901.00) | ($5,053.55) | $0.00 | ($6,954.55) |
| 10/18/2019 | $341.92 | Escrow Payment | ($1,901.00) | ($4,711.63) | $0.00 | ($6,612.63) |
| 11/26/2019 | $341.92 | Escrow Payment | ($1,901.00) | ($4,369.71) | $0.00 | ($6,270.71) |
| 12/18/2019 | ($3,266.27) | Disbursement City/Town/Township | ($1,901.00) | ($7,635.98) | $0.00 | ($9,536.98) |
| 01/02/2020 | $341.92 | Escrow Payment | ($1,901.00) | ($7,294.06) | $0.00 | ($9,195.06) |
| 01/22/2020 | $341.92 | Escrow Payment | ($1,901.00) | ($6,952.14) | $0.00 | ($8,853.14) |
| 02/05/2020 | ($1,043.00) | Disbursement Homeowners Ins / Condo Master | ($2,944.00) | ($6,952.14) | $0.00 | ($9,896.14) |
| 03/05/2020 | $341.92 | Escrow Payment | ($2,944.00) | ($6,610.22) | $0.00 | ($9,554.22) |
| 03/28/2020 | $341.92 | Escrow Payment | ($2,944.00) | ($6,268.30) | $0.00 | ($9,212.30) |

| Description | Amounts |
|---|---|
| Insurance Balance | ($2,944.00) |
| Homeowner's Ins | ($2,944.00) |
| Flood | $0.00 |
| Earthquake | $0.00 |
| Windstorm | $0.00 |
| Mortgage Insurance | $0.00 |
| Undefined | $0.00 |

| | |
|---|---|
| Tax Balance | ($6,268.30) |
| Assessments | $0.00 |
| County | $0.00 |
| City/Town/Township | ($6,268.30) |
| School | $0.00 |
| Municipal District | $0.00 |
| Ground Rent | $0.00 |
| HOA/Condo Dues | $0.00 |
| Undefined | $0.00 |
| Unspecified Balance | $0.00 |
| Overall Balance | ($9,212.30) |
| Uncollected Escrow Shortage | $0.00 |
| Escrow Balance Total | ($9,212.30) |

Should you have any further questions regarding your account please call us toll free at 1-800-772-9760.



April 13, 2020

WAYNE D HAYES
C/O LORIN MICHAEL SCHUCHARDT
1126 S 70TH ST STE N405
MILW AUKEE W I 53214-3155

Account Number: ▬▬▬▬▬▬
Property Address:   1237 SOUTH 32ND STREET
                    MILW AUKEE WI 53215

Per the terms of your modification agreement, the Reduction Period End Date on 05/01/2020; on this date the Modification Interest Rate revert to the interest rate provided for in the original Note. Your interest rate will change to 8.300 % effective 05/01/2020; This change in your interest rate will result in a new monthly payment of $ 936.64 and your first payment at the new adjusted level is due on 06/01/2020.

The table below shows your existing payment and then future payments based on future interest rate adjustments:

| Interest Rate | Interest Rate Effective Date | Monthly P&I Amount | Estimated Monthly Escrow Payment | Total Monthly Payment | Payment Due Date |
|---|---|---|---|---|---|
| 1.000 % | 05/01/2015 **(CURRENT)** | $ 307.41 | $ 320.65 | $ 628.06 | 06/01/2015 |
| 8.300 % | 05/01/2020 | $ 523.07 | $ 413.57 May adjust periodically | $ 936.64 May adjust periodically | 06/01/2020 |

1.  Your monthly payment includes an escrow amount for property taxes, hazard insurance and other escrowed expenses (if applicable), which, if they increase, may also increase your monthly payment. The escrow payment amounts shown are based on current data and represent a reasonable estimate of expenditures for future escrow obligations; however, escrow payments may be adjusted periodically in accordance with applicable law.

2.  Your total monthly payment is calculated by adding the principal and interest (P&I) and escrow amounts.

**Do you have questions or anticipate challenges paying your new monthly payment?**
Please contact us right away at 1-800-401-6587 Monday through Friday, 8:00 a.m. to 7:00 p.m., Central Standard Time. You can also find useful information about managing your mortgage payments at our website, **www.caliberhomeloans.com**.

**Additional Assistance Provided!**
You may also contact the Homeowner's HOPE™ Hotline by calling 1-888-995-HOPE. The Hotline can help with questions about the HAMP and offers access to free HUD-approved counseling services in English or Spanish (other languages are available on request).  It is available 24 hours a day/7 days a week.

Free budgeting assistance from the Department of Housing and Urban Development (HUD) approved housing counseling agencies are available via HUD.gov.

Should you have any questions regarding this notice, please contact our Customer Service Department at 800-401-6587, Monday - Friday between the hours of 8:00 a.m. and 7:00 p.m. Central Time, excluding federal holidays. You can also find useful information about managing your mortgage payments at our website, **www.caliberhomeloans.com**.

Sincerely,

Special Loans Department
Caliber Home Loans

**THIS IS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**Notice to Consumers presently in Bankruptcy or who have a Bankruptcy Discharge:** If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.

Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD-approved housing counseling agencies by calling the HUD nationwide toll free telephone number at (800) 569-4287or by visiting **www.hud.gov/offices**.

[Space Reserved for Recording Information]

## MODIFICATION AGREEMENT – LIMITED TERM

To the Borrower: This Agreement contains changes in terms which affect your Loan secured by the Property identified below. This is a legal obligation and you should read and understand the terms of this Agreement before you sign it.

This Agreement (the "Agreement") is dated as of 4/2/2015 but effective as of the Modification Effective Date defined herein, by and between WAYNE HAYES (collectively, the "Borrower") and Caliber Home Loans, Inc., on behalf of the current investor (the "Servicer").

RECITALS:

A. Borrower has a mortgage loan, account number ▮▮▮▮▮▮ the "Loan"). This loan is secured by property commonly referred to as 1237 SOUTH 32ND STREET, MILWAUKEE, WI 53215 (the "Property"). The legal description to the Property may be attached to this Agreement by the Servicer if required.

B. Borrower signed the following documents in connection with the Loan:
- Note dated 3/20/2003 in the original amount of $69,300.00 (the "Note").
- Mortgage or Deed of Trust on the Property, recorded in real property records of MILWAUKEE County, WI (the "Mortgage").
- The Note and the Mortgage, together with all documents signed at the same time as the Note and Mortgage are called the "Loan Documents".

C. The following amounts are outstanding under the terms of the Note:

| | |
|---|---|
| Unpaid Principal: | $60,488.02 |
| Unpaid Interest: | $11,069.13 |
| Other Unpaid Amounts: | $8,948.85 |
| Total: | $80,506.00 |

Included in the Other Unpaid Amounts is $0.00, the amount that Servicer has advanced for real property taxes, insurance, water liens, or other amounts that may have become due with respect to the Property. This is known as the "Ancillary Amount".

D. Borrower is in default for failure to make payments or has demonstrated imminent default under the terms of the Note. Servicer has the right or may have the right to seek remedies for default pursuant to the terms of the Mortgage in order to recover amounts that remain outstanding under the terms of the Note.

E. Borrower has provided information to Servicer, and Borrower and Servicer want to modify the terms of the Note and Mortgage.

Borrower and Servicer (collectively, the "Parties"), agree as follows:

1. **Borrower's Representations.** Borrower certifies that each of these statements is true:

    A. Borrower is experiencing a financial hardship and is either in default for failure to make payments on the Note or will shortly be in default. Borrower does not have sufficient income or access to sufficient liquid assets to make regular payments on the Note.

    B. The Property has not been condemned or is not subject to condemnation proceedings.

    C. There has been no change in the ownership of the Property since the time the Loan Documents were signed.

    D. Borrower has given Servicer information, all of which is true and accurate, regarding Borrower's income and/or liquid assets (with the exception of any information regarding Alimony and Child Support payments, unless the Borrower wants the Servicer to consider that to be income).

E. All documents and information Borrower has provided to Servicer in connection with this Agreement are true and correct.

F. Borrower will obtain credit counseling within 30 days of this agreement if the Servicer requires it. Borrower will provide proof of credit counseling if required by Servicer.

2. **Conditions to Effectiveness of Agreement.** This Agreement will only be effective after each of these events happen:

   A. Borrower must sign and return a signed original of this Agreement to Servicer on or before __04-21-2015__.

   B. Servicer, when it receives this Agreement, will verify the accuracy of Borrower representations.

   C. If the Servicer (in its sole discretion) determines that Borrower's representations are accurate, then Servicer will execute this Agreement and it will become effective as of (the "Modification Effective Date"). If the Servicer determines that the Borrower's representations are not accurate, then the Servicer will notify the Borrower and this Agreement will not become effective.

3. **Modification of the Loan Documents.** If all the conditions outlined above are met, then your Loan is modified as follows:

   Summary of Modification: We will reduce the balance on which interest is accruing and we will lower the interest rate for a period of time called the Reduction Period. Your mortgage payment will decrease during that period. Certain amounts are deferred, meaning that the amounts remain outstanding under the terms of the Note, but they will be collected by the Servicer at a later date. You will be required to make escrow and payment of ancillary items during the Reduction Period. On the Reduction Period End Date, your Loan and interest rate will revert to the terms of the operative loan documents and your payment may increase. Deferred Amounts will remain deferred.

   | | |
   |---|---|
   | New Principal Balance: | $60,488.02 |
   | Modification Interest Rate: | 1.000% |
   | Modification P&I Payment: | $307.41 |
   | Monthly Escrow Payment: | $236.77 |
   | Ancillary Monthly Payment: | $0.00 |
   | Total New Monthly Payment: | $544.18 |
   | | |
   | Reduction Period End Date: | 5/1/2020 |
   | Deferred Amount: | $20,017.98 |
   | | |
   | New Maturity Date (if applicable): | |
   | Modification Effective Date: | 5/1/2015 |
   | First Modification Payment Date: | 6/1/2015 |

   These Definitions apply to the categories above:

   **New Principal Balance:** This is the principal balance Servicer has agreed to use for this modification and is used to calculate your payment. If you successfully complete this modification, this is the principal balance upon which interest will continue to accrue.

   **Modification Interest Rate:** This is the interest rate that will be in effect under this Agreement. This rate is "fixed" and will not change until the Reduction Period End Date.

   **Modification P&I Payment:** This is the principal and interest payment for your Loan based upon the New Principal Balance, Modification Interest Rate, and the number of months to the New Maturity Date. Because the interest rate is "fixed" and will not change until the Reduction Period End Date, this amount will not change.

   **Monthly Escrow Payment:** This is your monthly payment into an escrow account and this amount is calculated in accordance with the Loan Documents and State and Federal law. This amount may change from time to time if escrow items (primarily taxes and insurance) increase or decrease.

**Ancillary Monthly Payment:** This includes some or all amounts that Servicer has advanced for real property taxes, insurance, water liens, or other amounts that may have become due with respect to the Property. Servicer has spread the repayment of Ancillary Amounts over a period of __0__ months.

**Total New Monthly Payment:** This is the sum of the Modification P&I Payment, Monthly Escrow Payment and Ancillary Monthly Payment.

**Reduction Period End Date:** This is the date on which the Modification Interest Rate will revert to the interest rate provided for in the operative loan documents.

**New Maturity Date:** This is the date on which the Note matures.

**Modification Effective Date:** This is the date that interest begins to accrue at the rate set forth in this Agreement.

**First Modification Payment Date:** This is the date on which your first modified payment is due.

**PLEASE NOTE: On the Reduction Period End Date, this Agreement will terminate and the interest rate of your Loan will revert to those in your Loan Documents. This means that your payment may increase because it will be calculated using the interest rate provided for in the operative loan documents.**

**Deferred Amount:** The Deferred Amount consists of amounts that are outstanding under the terms of the Note and Loan Documents, but which Servicer has agreed to not collect until payment in full of the debt or the New Maturity Date, whichever happens first. The Deferred Amount may consist of some principal, and can consist of interest outstanding but not paid, outstanding Servicer fees or charges, and advances made by the Servicer.

**PLEASE NOTE: The Deferred Amounts will be collected by the Servicer at the earlier of payment in full of the Note or the New Maturity Date. If the Borrower sells the Property or refinances the Loan, the Borrower will be required to pay this Deferred Amount in addition to any other amounts due at that time. Otherwise, these amounts will remain outstanding on the New Maturity Date and are required to be paid at that time. This means that if the Borrower makes all the payments required by this Agreement the Deferred Amount will still be owed to Servicer.**

4. **Events of Default.** Borrower will be in default and Servicer may terminate this Agreement, if:

   A. Borrower fails to make any payments required by this Agreement within 15 days of any due date for a payment, <u>or</u>

   B. Borrower fails to comply with any other terms or conditions created by this Agreement or the Loan Documents.

5. **Additional Agreements.** The Parties further agree to and acknowledge each of the following:

   A. All persons who signed the Loan Documents must sign this document in person or by an authorized representative (unless an original signor is deceased). Borrower, by signing this Agreement, will be presumed to have read this Agreement and understand the terms of this Agreement.

   B. This Agreement takes the place of any other agreement that Borrower may have or have had in the past with Servicer including any prior modification or forbearance agreements.

   C. This Agreement constitutes notice that any waiver by the Lender, Noteholder or Servicer as to payment of taxes, insurance and other escrow items has been revoked. Where allowed under the Loan Documents, this Agreement established an escrow account for the Loan and Borrower will make monthly payments to an escrow account established by Servicer. These payments will be calculated as required by the Loan Documents. Servicer will not pay Borrower interest on the escrow deposit unless required by State or Federal law.

D. The Loan Documents are properly and duly executed by all parties who were required to execute them and are a valid, binding obligation of the parties to those documents, and each Loan Document is enforceable in accordance with its terms.

E. Except as specifically modified by this Agreement, the terms of the Loan Documents are in full force and effect. This Agreement does not replace or release any of the Loan Documents, except as specifically modified by this Agreement.

F. If the Property is sold, transferred or conveyed to any person or entity without the consent of the Servicer, then if allowed by State or Federal law, Servicer may terminate this Agreement, and require that the balance of the Note together with any fees and other unpaid amounts be repaid in full (meaning that Servicer can accelerate the Note.) In this event, Servicer will give you thirty (30) days notice of Acceleration and if the Note has not been paid in full after that time, Servicer may pursue the remedies in the Mortgage, including foreclosure.

G. Borrower may not assign and no person other than the Borrower may assume Borrower's rights under this Agreement or the Loan Documents.

H. The Servicer may choose to waive a default under this Agreement or the Loan Documents, but a waiver of any event of default will not be understood to waive similar defaults in the future or other defaults that may occur.

I. Borrower hereby confirms that this Agreement represents the entire agreement between Borrower and Servicer with respect to the subject matter herein, and that no other prior terms, obligations, covenants, representations, statements or conditions, oral or otherwise, of any kind whatsoever concerning the modification of the Loan Documents that are inconsistent with the terms of this Agreement shall affect the Loan Documents or negate the operation and effect of this Agreement.

J. Any expenses incurred in connection with the servicing of the Loan, but not yet charged to the Loan account as of the date of this Agreement, may be charged to the Loan and secured by the Mortgage after the Modification Effective Date.

K. If Servicer makes advances for payment of taxes or insurance, accrues interest, or posts late or other fees to the Loan, each of which is permissible under the Loan Documents to add to amounts outstanding under the Note, between the date Servicer generates this Agreement and the First Modification Payment Date, then these amounts will either become Deferred Amounts under the Loan Documents or will be offset with a portion of Good Faith funds, if applicable. Any addition of Deferred Amounts or offset of advances pursuant to this section will be reflected on Borrower's periodic statement.

L. Borrower will execute such other documents or papers as may be reasonably necessary or required by Servicer to effectuate the terms and conditions of this Agreement.

M. Borrower is advised that forgiveness of debt (if applicable) may have adverse credit and legal consequences and may result in taxable income to Borrower. Borrower is advised to seek advice from an attorney, certified public accountant or other expert regarding potential consequences of any principal reduction. Borrower hereby acknowledges that Servicer is giving Borrower no such advice.

N. To the extent Servicer may deem it necessary, Borrower will cooperate with Servicer to the extent any filing or action is required in Borrower's Bankruptcy Case in order to (a) obtain approval of this agreement, (b) modify Borrower's bankruptcy plan (if Borrower is in a Chapter 13 bankruptcy), or (c) amend the proof of claim filed by Servicer with respect to this debt. If you are presently subject to a proceeding in Bankruptcy Court, the terms of this Agreement may need to be approved by the Court.

**NOTICES TO CONSUMERS PRESENTLY IN BANKRUPTCY OR WHO HAVE A BANKRUPTCY DISCHARGE:**

In the event you are subject to an "Automatic Stay" issued by a United States Bankruptcy Court, this communication is not intended to collect, assess, or recover a debt.

In the event the referenced debt has been discharged in Bankruptcy, this communication is not intended to collect, assess, or recover a debt, does not alter or amend the terms of that discharge, and is not a "reaffirmation" of the debt. Nor does this communication constitute either a demand for payment or a notice of personal liability.

Unless the Bankruptcy Court has ordered otherwise, please also note that despite any Bankruptcy filing, whatever rights we hold in the Property that secures the obligation remain unimpaired. This means that, unless otherwise ordered by the Bankruptcy Court, if the requirements of the Loan Documents are not met and the "Automatic Stay" is no longer in effect, we can pursue whatever *in rem* rights we hold in the Property pursuant to the Mortgage, such as the right to foreclose.

This notice is not intended as legal advice. You should consult your lawyer if you have any legal questions about your rights.

### BALLOON PAYMENT DISCLOSURE

This Modification Agreement defers certain amounts, which creates a balloon that will be collected by the Servicer at the earlier of payment in full of the Note or the maturity date. Because these amounts are not included in your regular scheduled payments, even if you make all payments required by this agreement, the loan will not be paid in full at maturity. You therefore may be required to pay the entire outstanding balance in a single payment at the loan maturity date. Neither the Servicer nor Lender has any obligation to refinance or to offer you a new loan at maturity. You may have to seek new third-party financing and incur other additional financing costs at the time the balloon becomes due.

Whereof, Servicer and Borrower have executed this Agreement as of the dates indicated below.

*/s/ Wayne D Hayes*
WAYNE HAYES
Date: 04-16-2015

Caliber Home Loans, Inc., on behalf of the current investor
By: */s/*
Date: 7-2-15